IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALICE TOUSSAINT, | : |
| Plaintiff, | : |
| | : CIVIL ACTION |
| v. | : |
| | : NO. 13-0248 |
| NCO FINANCIAL SYSTEMS, Inc., et al., | : |
| Defendants. | : |

**ORDER**

**AND NOW**, this _____ day of October, 2013, the Court having been advised that the parties in the above-captioned case have reached a settlement agreement, **IT IS HEREBY ORDERED AND DECREED** that this matter is **DISMISSED WITH PREJUDICE**, without costs, pursuant to the agreement of counsel and Local Rule 41.1(b).[1]

**IT IS FURTHER ORDERED** that the Clerk of Court shall mark this matter as **CLOSED** for statistical purposes.

BY THE COURT:

/s/ Petrese Tucker

Hon. Petrese B. Tucker, C.J.

---

[1] Local Rule 41.1(b) states that "whenever in any civil action counsel shall notify the Clerk or the judge to whom the action is assigned that the issues between the parties have been settled, the Clerk shall, upon order of the judge to whom the case is assigned, enter an order dismissing the action with prejudice, without costs, pursuant to the agreement of counsel."